IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Devine, Haywood L | Case Number: 05 B 63568 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 11/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  November 6, 2008
Confirmed:  February 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 27,060.00 | |
| Secured: | | 20,946.42 |
| Unsecured: | | 0.00 |
| Priority: | | 2,020.10 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,430.08 |
| Other Funds: | | 963.40 |
| Totals: | 27,060.00 | 27,060.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 1,700.00 | 1,700.00 |
| 2. | US Bank | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | MB Financial | Secured | 17,646.08 | 17,121.00 |
| 5. | Dell Financial Services, Inc | Secured | 541.18 | 541.18 |
| 6. | Wells Fargo Home Mortgage | Secured | 3,284.24 | 3,284.24 |
| 7. | Internal Revenue Service | Priority | 2,020.10 | 2,020.10 |
| 8. | Resurgent Capital Services | Unsecured | 1,219.25 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 10,169.05 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 8,030.67 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 336.47 | 0.00 |
| 12. | Capital One | Unsecured | 210.22 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 43.82 | 0.00 |
| 14. | Department of Veteran Affairs | Unsecured | 160.59 | 0.00 |
| 15. | Citibank USA | Unsecured | | No Claim Filed |
| 16. | CB USA | Unsecured | | No Claim Filed |
| 17. | Lew Margram | Unsecured | | No Claim Filed |
| 18. | H H Bank | Unsecured | | No Claim Filed |
| 19. | Town North Bank | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | BP Oil Co | Unsecured | | No Claim Filed |
| | | | $ 45,361.67 | $ 24,666.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Devine, Haywood L

Printed: 01/29/09

Case Number:  05 B 63568
Judge:  Wedoff, Eugene R
Filed:  11/22/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 242.80 |
| 5% | 85.25 |
| 4.8% | 163.32 |
| 5.4% | 683.05 |
| 6.5% | 224.64 |
| 6.6% | 31.02 |
|  | $ 1,430.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

